UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

BAIMADAJIE ANGWANG,

Defendant.

- - - - - - - - - - - - - - - -X

ORDER

Docket No. 20 CR 442 (EK)

Upon the application of BREON PEACE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney J. Matthew Haggans, it is hereby

ORDERED that, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the underlying indictment, Criminal Docket No. 20-442, Dkt. No. 20, be dismissed without prejudice.

Dated:   Brooklyn, New York
         January 19    , 2023

s/Eric Komitee
HONORABLE ERIC R. KOMITEE
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK